UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTHA'S VINEYARD SHIPYARD, INC., </br> Plaintiff, </br> v. </br> </br> S/V ACORN III (HULL ID: EADSA028A999), </br>   her engines, boilers, tackle, tender and </br>   appurtenances, *in rem*, and </br> </br> CYNTHIA OAKES, *in personam*, </br> Defendants. | C.A. No. |

## VERIFIED COMPLAINT

Plaintiff, Martha's Vineyard Shipyard, Inc., by way of Verified Complaint against the Defendants, say:

### Jurisdiction and Venue

1.  Plaintiff brings this suit against the Defendants under the provisions of 28 U.S.C. §1333 as this is an admiralty claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and Supplemental Rule C of the Federal Rules of Civil Procedure and pursuant to the provisions of 28 U.S.C. §1367.

2.  Venue lies within this District under the provisions of 28 U.S.C. §1391.

### Statement of the Claim

3.  Plaintiffs, Martha's Vineyard Shipyard, Inc. ("MVS") is a Massachusetts corporation with a principal office located at 164 Beach Road, Vineyard Haven, Massachusetts.

4.  At all times hereinafter noted the Defendant S/V ACORN III - Hull ID: EADSA028A999 - ("Vessel") is now within this district.

5.  The Defendant Cynthia Oakes is an individual with a residential address of 31 South Terrace, London, England, SW72TB.

6.     Cynthia Oakes is the current record owner of the Vessel.

7.     Based upon the credit worthiness of the Vessel, MVS has provided storage, repairs, and other necessaries to the Vessel.

8.     MVS is currently owed Sixteen Thousand Eighty-Nine Dollars and Thirty-Five Cents ($16,089.35) for storage, repairs, and other necessaries that have been provided to the Vessel.

9.     Despite repeated demands, the Defendant and the Vessel have failed to satisfy this outstanding balance.

10.     Pursuant to the terms of the invoice and billing practices with this Vessel, MVS is also owed interest at 18% per annum and attorneys fees and costs incurred to collect the monies owed to MVS.

## Prayers for Relief

WHERFORE, Plaintiff prays:

1.     That a warrant for the arrest of the S/V ACORN III (Hull ID: EADSA028A999), her engines, boilers, tackle, appurtenances, furniture, gear, tender, sails, electronics, etc., and that all persons claiming any right, title, or interest then be cited to appear and answer under oath the all and singular matters aforesaid and that the S/V ACORN III (Hull ID: EADSA028A999), her engines, boilers, tackle, appurtenances, furniture, gear, tender, sails, electronics, etc. may be condemned and sold to pay the demands aforesaid, with interest and costs, and to pay and all other amounts required to be paid by Defendants to Plaintiff, and that Plaintiff may have such other and further relief as the court deems just and equitable;

2.     That MVS's Preferred Maritime Lien, be declared to be a valid and existing lien upon the S/V ACORN III (Hull ID: EADSA028A999), her engines, boilers, tackle, appurtenances, furniture, gear, tender, sails, electronics, etc. in the preferred position described therein and

thereby conveyed and transferred, prior and superior to the interest, liens or claims of any and all persons, firms or corporations whatsoever, except such persons, firms or corporations as may hold preferred maritime liens on said vessel.

3. That Judgment be entered in favor of the Plaintiff and against the Defendants, S/V ACORN III (Hull ID: EADSA028A999) and Cynthia Oakes, for the amount of the Plaintiff's damages, together with interest, costs, and if allowed, attorneys fees.

### VERIFICATION

I, Phillip Hale, being duly sworn, depose and say:

I have read the foregoing complaint and know the contents thereof and the same is true of my own knowledge, except as to those matters therein stated on information and belief, and as to those matters I believe it to be true.

_____
Martha's Vineyard Shipyard, Inc.
By:   Phillip Hale
Its:   President

                                          Respectfully submitted,
                                        Plaintiff,
                                        By its attorney,

                                        _____
                                        James Andrew Black, Esq.
                                        BBO No.: 705139
                                        David S. Smith, Esq.
                                        BBO No.: 634865
                                        FARRELL SMITH O'CONNELL
                                        AARSHEIM APRANS LLP
                                        27 Congress Street, Suite 109
                                        Salem, Massachusetts 01970
                                        Tel: 978-744-8918
                                        e-mail: ablack@fsofirm.com

Dated: April 21, 2021